MORRIS SAILOR, APPELLANT, v. JAKE FINE ET AL.,
RESPONDENTS.

Submitted May 29, 1925—Decided October 19, 1925.

On appeal from the Supreme Court, whose *per curiam* is
printed in 2 *N. J. Mis. R.* 823.

For the appellant, *D. Trueman Stackhouse.*

For the respondents, *Patrick H. Harding.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, PARKER, KALISCH, BLACK, KATZENBACH, CAMPBELL, WHITE, GARDNER, VAN BUSKIRK, MCGLENNON, KAYS, JJ. 11.

*For reversal*—None.